COM.

v.

KOLOVICH, R.

2220 MDA 2015

Superior Court of Pennsylvania.

5/17/2017

CP–08–CR–0000768–2014
(Bradford)

Affirmed

FIRST NAT'L BANK WEALTH
MANAGEMENT

v.

KINDERCARE

565 MDA 2016

Superior Court of Pennsylvania.

05/17/2017

2014–4296
(Centre)

Quashed

GALEANO, C. & P.

v.

SUSQUEHANNA HEALTH SYSTEM

1182 MDA 2016

Superior Court of Pennsylvania.

05/17/2017

14–00629
(Lycoming)
Affirmed/Vacated/Remanded

COM.

v.

GRIFFIN, L.

1359 MDA 2016

Superior Court of Pennsylvania.

05/17/2017

CP–38–CR–0000312–2002 (Lebanon)

Vacated/Remanded

COM.

v.

DOWER–HINTON, G.

1699 MDA 2016

Superior Court of Pennsylvania.

05/17/2017

CP–36–CR–0001120–2013 (Lancaster)

Affirmed